ORIGINAL

FILED

09/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

# IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION OF RUBY
S. REDSHAW.

FILED

SEP 2 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Ruby S. Redshaw has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of her application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Redshaw passed the MPRE in 2014 when seeking admission to the practice of law in the State of Utah, with a scaled score of 128. She also passed the Washington State Bar Examination in 2010, which included the Washington Professional Responsibility Examination. Redshaw is a member in good standing of the Washington and Utah Bars, has practiced since 2010, and "has had no ethical or disciplinary issues arise" in either State. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Ruby S. Redshaw to waive the three-year test requirement for the MPRE for purposes of her current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 22nd day of September, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices